1  Alvin B. Sherron (SBN 106598)
   Law Offices of Alvin B. Sherron
2  1055 Wilshire Blvd.
   Suite 1702
3  Los Angeles, California 90017

4  Tel:   (213) 482-3236
   Fax:   (213) 482-5453
5
   Attorney for Defendant,
6  PARVIN C. PRASAD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 14-cv-00013-EDL (NJV) |
| Plaintiff, | |
| | [PROPOSED] ORDER |
| v. | |
| PARVIN C. PRASAD, | |
| Defendant. | |

1

[~~PROPOSED~~] ORDER

Based stipulation of the parties and for good cause shown,

It is hereby ordered that the Settlement Conference is hereby continued from July 17, 2014 at 11:00 a.m to September 5, 2014 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May \_\_\_14\_\_\_, 2014      _____
HONORABLE NANDOR J. VADAS
MAGISTRATE JUDGE OF
THE DISTRICT COURT