1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Chief, Tax Division
3  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney, Tax Division
4  450 Golden Gate Ave., Box 36055
   San Francisco, CA 94102
5  Telephone:    (415) 436-6475
   Facsimile:    (415) 436-7009
6  Email: michael.pitman@usdoj.gov

7  Attorneys for the United States of America

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 United States of America,              Case No.  3:14-cv-00013-EDL

12        Plaintiff,                      STIPULATION FOR ENTRY OF
                                          PERMANENT INJUNCTION AGAINST
13             v.                         DEFENDANT PARVIN C. PRASAD
                                          AND [PROPOSED] JUDGMENT
14 Parvin C. Prasad,

15        Defendant.

16

17        Plaintiff the United States of America ("United States"), and Defendant Parvin C. Prasad

18 ("Defendant"), collectively ("the Parties"), by and through undersigned counsel, hereby stipulate

   and agree as follows:
19
          The United States has filed a Complaint for Permanent Injunction under 26 U.S.C. §§
20
   7402, 7407, and 7408 against Defendant.
21
          Defendant does not admit the allegations in the Complaint, except that he admits that the
22
   Court has jurisdiction over him and the subject matter of this action.
23
          The Parties waive the entry of findings of fact and conclusions of law under Federal Rule
24

of Civil Procedure 52 and 26 U.S.C. §§ 7402, 7407 and 7408.

The Parties enter into this Stipulation voluntarily.

The Parties understand and agree that the attached [Proposed] Order of Permanent Injunction will be entered under Fed. R. Civ. P. 65 and will constitute the final judgment in this matter. Defendant waives any rights he may have to appeal from the attached [Proposed] Order of Permanent Injunction if and when it is entered by the Court.

Defendant acknowledges that entry of the attached [Proposed] Order of Permanent Injunction neither precludes the Internal Revenue Service from assessing taxes, interest, or penalties against him for asserted violations of the Internal Revenue Code, nor precludes him from contesting any such assessments.

Defendant acknowledges that, if and when the attached [Proposed] Order of Permanent Injunction is entered by the Court, Defendant may be subject to civil and criminal sanctions for contempt of court if he violates the terms thereof.

The Parties agree that entry of the attached [Proposed] Order for Permanent Injunction resolves only this civil injunction action, and neither precludes the United States from pursuing any other current or future civil or criminal matters or proceedings, nor precludes Defendant from contesting his liability in any matter or proceeding.

Defendant consents to the entry of the attached [Proposed] Order of Permanent Injunction without further notice and agrees that this Court shall retain jurisdiction over him for the purpose of implementing and enforcing the attached [Proposed] Order of Permanent Injunction.

The Parties hereby stipulate and agree that the [Proposed] Order of Permanent Injunction to be entered by the Court shall ORDER AND ADJUDG that:

1.     This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402, 7407 and 7408;

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AGAINST DEFENDANT
PARVIN C. PRASAD AND [PROPOSED] JUDGMENT
CIVIL NO. 3:14-CV-00013-EDL

2

2. Defendant Parvin C. Prasad and his representatives, agents, servants, employees, attorneys, independent contractors, and anyone in active concert or participation with him, are enjoined under 26 U.S.C. §§ 7402(a), 7407, and 7408 from directly or indirectly:

a. Acting as a tax return preparer or otherwise directly or indirectly preparing or filing, or assisting in the preparation or filing of any federal tax return, amended federal tax return, and any other related documents and forms, for any other person or entity;

b. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, and/or 6701;

c. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and

d. Engaging in any other activity subject to penalty under the Internal Revenue Code.

3. Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to contact by mail or by e-mail (if an address is known), and provide an executed copy of this Order of Permanent Injunction to all persons for whom he has prepared a federal tax return or form since January 1, 2010. Defendant must send the copies within 30 days of the date of this Order and must, within 5 days thereafter, provide to the Plaintiff the United States of America a certificate of compliance, signed under penalty of perjury, stating that he has complied with this requirement. The mailings shall include a copy of the Order of Permanent Injunction, and shall not include any other documents or enclosures;

4. Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to turn over to counsel for Plaintiff the United States of America a list of the names, addresses, e-mail addresses, phone numbers, and Social Security numbers of all individuals or entities for whom he has prepared or helped to prepare any tax-related documents,

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AGAINST DEFENDANT
PARVIN C. PRASAD AND [PROPOSED] JUDGMENT
CIVIL NO. 3:14-CV-00013-EDL

3

including claims for refund or tax returns since January 1, 2010, within 30 days of the date of this Order;

5.     Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to contact by mail or by e-mail (if an address is known), and provide an executed copy of this Order of Permanent Injunction to all of the principals, officers, managers, employees, and independent contractors of his tax return preparation business.  Defendant must provide the copies within 15 days of the date of this Order and must, within 30 days thereafter, provide a signed and dated acknowledgment or receipt of the Court's order for each person to whom he provided a copy of the Court's order; and

6.     Plaintiff the United States of America is permitted to engage in post-judgment discovery to ensure compliance with the permanent injunction.

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AGAINST DEFENDANT
PARVIN C. PRASAD AND [PROPOSED] JUDGMENT
CIVIL NO. 3:14-CV-00013-EDL

4

Respectfully submitted this **10** day of **July**, 2014,

MELINDA HAAG
United States Attorney

_____
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for the United States of America

_____
PARVIN C. PRASAD
Defendant

_____
ALVIN B SHERRON
Law Offices of Alvin B. Sherron
1055 Wilshire Blvd., Suite 1702
Los Angeles, CA 90017
213-482-3236
Fax: 213-482-5453
lawofcsabs@aol.com

Attorney for Defendant Parvin C. Prasad

## [PROPOSED] ORDER OF PERMANENT INJUNCTION

Pursuant to the Stipulation for Entry of Permanent Injunction Against Defendant Parvin C. Prasad submitted by Plaintiff the United States of America, and Defendant Parvin C. Prasad, and for good cause shown therein, it is hereby ORDERED AND ADJUDGED that:

1.      This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402, 7407 and 7408;

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AGAINST DEFENDANT
PARVIN C. PRASAD AND [PROPOSED] JUDGMENT
CIVIL No. 3:14-cv-00013-EDL

5

Respectfully submitted this 17th day of July, 2014,

MELINDA HAAG
United States Attorney

s/ Michael G. Pitman
MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for the United States of America

_____
PARVIN C. PRASAD

Defendant

_____
ALVIN B SHERRON
Law Offices of Alvin B. Sherron
1055 Wilshire Blvd., Suite 1702
Los Angeles, CA 90017
213-482-3236
Fax: 213-482-5453
lawofcsabs@aol.com

Attorney for Defendant Parvin C. Prasad


[PROPOSED] ORDER OF PERMANENT INJUNCTION

Pursuant to the Stipulation for Entry of Permanent Injunction Against Defendant Parvin C. Prasad submitted by Plaintiff the United States of America, and Defendant Parvin C. Prasad, and for good cause shown therein, it is hereby ORDERED AND ADJUDGED that:

1.      This Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402, 7407 and 7408;

1      2.      Defendant Parvin C. Prasad and his representatives, agents, servants, employees,

2  attorneys, independent contractors, and anyone in active concert or participation with him, are

3  enjoined under 26 U.S.C. §§ 7402(a), 7407, and 7408 from directly or indirectly:

4          a.      Acting as a tax return preparer or otherwise directly or indirectly preparing

5  or filing, or assisting in the preparation or filing of any federal tax return, amended federal tax

6  return, and any other related documents and forms, for any other person or entity;

7          b.      Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694,

8  6695, and/or 6701;

9          c.      Engaging in conduct that substantially interferes with the proper

10  administration and enforcement of the internal revenue laws; and

11          d.      Engaging in any other activity subject to penalty under the Internal

12  Revenue Code.

13      3.      Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a),

14  7407, and 7408, to contact by mail or by e-mail (if an address is known), and provide an

15  executed copy of this Order of Permanent Injunction to all persons for whom he has prepared a

16  federal tax return or form since January 1, 2010.  Defendant must send the copies within 30 days

17  of the date of this Order and must, within 5 days thereafter, provide to the Plaintiff the United

18  States of America a certificate of compliance, signed under penalty of perjury, stating that he has

19  complied with this requirement. The mailings shall include a copy of the Order of Permanent

20  Injunction, and shall not include any other documents or enclosures;

21      4.      Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a),

22  7407, and 7408, to turn over to counsel for Plaintiff the United States of America a list of the

23  names, addresses, e-mail addresses, phone numbers, and Social Security numbers of all

24  individuals or entities for whom he has prepared or helped to prepare any tax-related documents,

including claims for refund or tax returns since January 1, 2010, within 30 days of the date of this Order;

    5.    Defendant Parvin C. Prasad is ORDERED, pursuant to 26 U.S.C. §§ 7402(a), 7407, and 7408, to contact by mail or by e-mail (if an address is known), and provide an executed copy of this Order of Permanent Injunction to all of the principals, officers, managers, employees, and independent contractors of his tax return preparation business.  Defendant must provide the copies within 15 days of the date of this Order and must, within 30 days thereafter, provide a signed and dated acknowledgment or receipt of the Court's order for each person to whom he provided a copy of the Court's order; and

    6.    Plaintiff the United States of America is permitted to engage in post-judgment discovery to ensure compliance with the permanent injunction.

IT IS SO ORDERED.

Date: _____July 21, 2014_____

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR ENTRY OF PERMANENT
INJUNCTION AGAINST DEFENDANT
PARVIN C. PRASAD AND [PROPOSED] JUDGMENT
CIVIL NO. 3:14-CV-00013-EDL

7